# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| BRADLEY M. PETERSON, PhD, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00276 |
| | : | |
| v. | : | Judge Edmund A. Sargus |
| | : | |
| KRISTINA M. JOHNSON, PhD, *et al.*, | : | Magistrate Judge Chelsey M. Vascura |
| | : | |
| Defendants. | : | |

## Plaintiff's Notice of Appeal

Notice is hereby given that Plaintiff, Bradley M. Peterson, PhD, hereby appeals to the United States Court of Appeals for the Sixth Circuit this Court's Opinion and Order granting Defendants' Motion to Dismiss, which is contained in Docket Number 27, and was entered in this action on March 21, 2023.

    Respectfully submitted,

    */s/ Tracy L. Turner*
    Tracy L. Turner (Ohio Bar# 0069927)
    Rosenberg & Ball Co., LPA
    205 South Prospect Street
    Granville, Ohio 43023
    740.644.1027 phone
    866.498.0811 fax
    tturner@rosenbergball.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed via the Court's electronic filing system this 18th day of April, 2023, which shall subsequently serve a copy of same upon all parties of record.

                                              */s/ Tracy L. Turner*
                                              Tracy L. Turner